# MEMORANDUM

DATE:   March 8, 2004

TO:     Deputy Clerk
        Miscellaneous Business Docket

FROM:   Nancy M. Rojas
        Financial Litigation Case Manager
        Financial Litigation Unit
        U.S. Attorney's Office

RE:     **U.S. v. ROBERT R. RANTILLA**

**04 MBD 10078**

   Attached is a certified copy of the above Judgment that was entered in the County of Middlesex Superior Court.

   Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 66 Allen Street, Lexington, MA 02421.

   Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

   If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

MBD No.   04 MBD 10078

Dated:    3/11/04

# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court
#### EXECUTION

**04 MBD 0078**

CIVIL DOCKET# MICV2001-05627

**Sallie Mae Servicing, L.P. v Robert R. Rantilla**

**To the Sheriffs of our Several Counties or their Deputies, GREETING:**

| | |
|---|---|
| DAMAGES: | $174,663.45 |
| COSTS: | $225.50 |
| POST JUD/INT: | $2,817.41 |
| **TOTAL:** | **$177,706.36** |

**WHEREAS Sallie Mae Servicing, L.P.,** a limited partnership duly organized under and existing under Federal law, with its principal office located in Reston, in the State of Virginia, by the consideration of our Justices of our Superior Court at Middlesex, aforesaid, on the Fifteenth Day of October, 2002AD, recovered Judgment against **Robert R. Rantilla, of Lexington, in the County of Middlesex, in the Commonwealth of Massachusetts,** for the sum of **One Hundred Seventy Four Thousand Six Hundred Sixty Three Dollars and Forty Five Cents** damages, including interest, and **Two Hundred Twenty Five Dollars and Fifty Cents** costs of suit, as to us appears of record, where execution remains to be done:

**We command you** therefore, that of the goods, chattels or land of the said judgment debtor within your precinct, you cause to be paid and satisfied unto the said judgment creditor, at the value thereof in money, with interest thereon in the sum of **Two Thousand Eight Hundred Seventeen Dollars and Forty One Cents** from day of the rendition of said Judgment to date of execution the aforesaid sums, being **$177,706.36** in the whole, and thereof also to satisfy yourself for your own fees.

Hereof fail not, and make return of this writ with your doing thereon into the Clerk's office of said Court at Cambridge, within our County of Middlesex, and to make return of this writ within twenty years after the date of the said judgment, or within ten days after this writ has been satisfied or discharged.

**Witness, Suzanne V. DelVecchio,** Esquire, Chief Justice of the Superior Court, at Cambridge, Massachusetts this 3rd day of December, 2002.

**RETURN TO:**
Jocelyn A Thomsen, Esquire
Zwicker & Associates
100 Old River Road
Andover, MA 01810

/s/ ............................
Deputy Assistant Clerk

RECEIVED APR - 1 2003 BY SMSC BNK/LIT UNIT

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                                    SUPERIOR COURT DEPARTMENT
                                                                  OF THE TRIAL COURT
                                                                  DOCKET NO. 2001-05627

| | |
|---|---|
| SALLIE MAE SERIVICING, L.P., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| ROBERT R. RANTILLA, ) | JUDGMENT (~~Proposed~~) |
| Defendant ) | |
| ) | |

This action came for hearing before the Court, __GILES__, J., presiding, and the issues having been duly heard and findings having been duly rendered,

It is Ordered and Adjudged,

that the plaintiff, Sallie Mae Servicing, L.P., recover of the defendant, Robert R. Rantilla, the sum of $156,397.65, together with interest accrued through October 15, 2002 in the sum of $18,265.80, for a total of $174,663.45, plus court costs.

Dated at Cambridge, Massachusetts, this __15TH__ day of __OCTOBER__, 2002.

                                                            _____
                                                            Clerk of Court

**Commonwealth of Massachusetts**

MIDDLESEX. ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this eighteenth day of March 2003.

_____
Deputy     Assistant Clerk

Entered 1700 2002

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

COMMONWEALTH OF MASS
CLERK OF SUP CT
40 THORNDIKE ST
CAMBRIDGE        MA   02141

ACCOUNT NUMBER: 2930340762201

Dear COMMONWEALTH OF MASS,                                    04/04/03

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $174,663.45, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 10/15/02, docketed in MIDDLESEX, Case No. 2001-05627,
against  ROBERT R RANTILLA,  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-1, for
$174,663.45 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  4TH of APRIL, 2003.

_____
            (Signature)

Sworn before me this ___ day of _____, 20__.

_____ Affiant ___ is known to me personally
                                ___ provided valid identification
                                    Type of identification provided:

My commission expires _____

NOTARIAL SEAL
Debra O'Day, Notary Public
Hanover Twp., County of Luzerne
My Commission Expires May 6, 2004

PHONE (800) 251-4127    •    FAX (800) 848-1949    •    TDD/TTY (888) 833-7562    •    24 HRS/7 DAYS

293347622156228697

L100    LPDEK1    4880